**Appeal Dismissed and Memorandum Opinion filed December 14, 2023.**



In The

# Fourteenth Court of Appeals

## NO. 14-23-00041-CV

**LOGAN SYMONE LOCKE, Appellant**

**V.**

**JOSEPH MICHAEL MARFIN, Appellee**

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2022-04344**

## MEMORANDUM OPINION

This restricted appeal is from a default judgment signed October 24, 2022. *See* Tex. R. App. P. 30. The clerk's record was filed February 22, 2023. The court reporter indicated on September 22, 2023 that there was no reporter's record. No brief was filed.

On October 31, 2023, this court issued an order stating that unless appellant filed a brief on or before November 30, 2023, the appeal was subject to dismissal

without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Jewell.